**Christ G. PATSALOS, Petitioner–Appellant,**

v.

**Ron ANGELONE, Respondent–Appellee.**

No. 01–7556.

United States Court of Appeals,
Fourth Circuit.

Submitted May 16, 2002.

Decided June 11, 2002.

Christ G. Patsalos, Appellant Pro Se. Virginia Bidwell Theisen, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before LUTTIG, WILLIAMS, and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Christ G. Patsalos appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Patsalos' motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Patsalos v. Angelone,* No. CA–00–910–1–AM (E.D.Va. Aug. 8, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*